

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Keynoa Evans v. Pines of Northwest Crossing

Appellate case number:      01-15-00227-CV

Trial court case number:    1058198

Trial court:                County Civil Court at Law No. 4 of Harris County

On March 9, 2015, appellant, Keynoa Evans, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A). On March 31, 2015, the district clerk filed a clerk's record on indigence containing the trial court's March 24, 2015 order sustaining a contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1), (2). Therefore, the required filing fee is due.

Appellant is ORDERED to pay one-half of the filing fee to this Court no later than 10 days from the date of this order and the other one-half of the filing fee to this Court no later than 30 days from the date of this order, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                ☑ Acting individually    ☐ Acting for the Court

Date: April 14, 2015